

ORIGINAL

FILED

12/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Case No. DA 20-0539

FILED

DEC 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ESTATE OF WILLIAM H. BALTRUSCH,**

    Plaintiff and Appellee,

v.

**LASALLE RANCH, INC.**

    Respondent and Appellant.

---

**LASALLE RANCH, INC.,**

    Petitioner and Appellant,

v.

**HILL COUNTY JUSTICE COURT,
AUDREY BARGER, PRESIDING JUDGE,**

    Respondent and Appellee.

---

### ORDER GRANTING
### RESPONDENT AND APPELLEE'S MOTION FOR RELIEF FROM
### MANDATORY APPELLATE ALTERNATIVE DISPUTE RESOLUTION

---

1

Upon review of Respondent and Appellee's Motion for Relief from Mandatory Appellate Alternative Dispute Resolution, with no objection and good cause appearing therefore,

IT IS HEREBY ORDERED Respondent and Appellee Hill County Justice Court, Audrey Barger Presiding, is not subject to mediation pursuant to Mont. R. App. Proc. 7(2), and is relieved from participation with the Mandatory Appellate Alternative Disposition Resolution in this case.

Dated _____12/8/20_____ .